BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

Re: HATICE F ULU
91 CREST RD
RIDGEWOOD,  NJ  07450-3103

Atty: BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-33785

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/21/2020 | $150.00 | 6497207000 | 02/24/2020 | $150.00 | 6581043000 |
| 03/23/2020 | $150.00 | 6655254000 | 04/27/2020 | $150.00 | 6741206000 |
| 05/21/2020 | $150.00 | 6804465000 | 07/01/2020 | $150.00 | 6904058000 |
| 07/29/2020 | $750.00 | 6971559000 | 09/10/2020 | $750.00 | 7077870000 |
| 09/16/2020 | $750.00 | 7087824000 | 10/28/2020 | $750.00 | 7188965000 |
| 11/30/2020 | $750.00 | 7260595000 | | | |

**Total Receipts: $4,650.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,650.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 345.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 15,550.09 | 100.00% | 4,304.10 | 11,245.99 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | RADIOLOGY ASSOCIATES OF RIDGEWOC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | TD BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | YUSUF BILDIRICI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CAPITAL ONE BANK | UNSECURED | 58,624.99 | 100.00% | 0.00 | 58,624.99 |

Total Paid:  $4,650.00
See Summary

**Chapter 13 Case # 19-33785**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $4,650.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $4,650.00     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.